THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM JOHN HARRIS, Appellant. — AULISI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.